UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ALLEN MILLER,<br>          Plaintiff | 3:09-CV-1413-KI |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>          Defendant | |

It hereby ORDERED that attorney's fees in the amount of $5,990.09 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall:

(1) Be awarded to Plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered to Plaintiff's counsel, Merrill Schneider; however,

(2) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Merrill Schneider, based upon Plaintiff's assignment of these amounts to him.

There are no costs or expenses to be paid herein.

DATED this   20th  day of April, 2011.

          /s/ Garr M. King
          Garr M. King
          United States District Judge